PUBLIC SERVICE COMMISSION, SECOND DISTRICT, et al.,
Appellants, *v.* IROQUOIS NATURAL GAS COMPANY,
Respondent.

*Public Service Commission* v. *Iroquois Natural Gas Co.,* 184 App.
Div. 285, affirmed.

(Argued February 26, 1919; decided March 21, 1919.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 2, 1918, which reversed an order of Special Term
granting an injunction, under section 74 of the Public
Service Commissions Law, restraining the defendant
from collecting or demanding for any natural gas furnished
by it in the city of Buffalo, or certain other municipalities
named in the petition, any price in excess of thirty-two
cents gross or thirty cents net per thousand cubic feet
until it shall have been duly authorized by the public
service commission, second district, of the state of New
York, so to do either in the proceeding or proceedings now
pending before such commission or otherwise.

*Ledyard P. Hale* for Public Service Commission,
appellant.

*William S. Rann, Corporation Counsel (Frederick C.
Rupp* of counsel), for city of Buffalo, appellant.

*Daniel J. Kenefick* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK and McLAUGHLIN, JJ.: Dissenting: HOGAN and
CRANE, JJ.